# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BAKTASH FATTAHI,**

    Petitioner,

vs.                                    Case No. 4:13cv436-WS/CAS

**JOEY B. DOBSON, et al.,**

    Respondents.

                                      /

## REPORT AND RECOMMENDATION

Petitioner filed a petition for writ of habeas corpus pursuant to § 2241 on August 8, 2013.  Doc. 1.  Thereafter, Petitioner filed a motion to transfer this case to the Middle District of Florida.  Doc. 3.  Petitioner asserts this case "was improvidently filed with the Northern District of Florida . . . ." *Id.* at 2.  The petition alleges that Petitioner is detained at a facility in Baker, Florida.  *Id.* at 1-2.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."  28 U.S.C. § 1404(a).  Because a § 2241 should be filed where the petitioner is housed, it is clear that the petition should be transferred to the Middle District of Florida, Jacksonville

Division, which encompasses Baker County, Florida.  The motion should be granted and the case transferred to the Middle District of Florida.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to transfer, doc. 3, be **GRANTED** and this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 20, 2013.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**